[No. 18140-8-I.  Division One.  October 12, 1987.]

PARRY J. BOOGARD, ET AL, *Respondents,* v. JAMES
V. MISCHEL, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 85-2-17263-9, Stephen M. Reilly, J., entered
January 28, 1986. *Reversed* and *remanded with instruc-
tions* by unpublished opinion per Cole, J. Pro Tem., con-
curred in by Dore and Schultheis, JJ. Pro Tem.

[No. 16234-9-I.  Division One.  October 12, 1987.]

FRANKLIN HO, *Appellant,* v. RICHARD B. STOCKTON,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 80-2-07338-9, Francis E. Holman, J., entered
February 28, 1985. *Affirmed* by unpublished opinion per
Williams, J. Pro Tem., concurred in by Callow and French,
JJ. Pro Tem.

[No. 17404-5-I.  Division One.  October 12, 1987.]

HARRY F. CONDRY, ET AL, *Appellants,* v. ROBERT SCHAEFER,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 84-2-04356-3, Richard M. Ishikawa, J.,
entered October 29, 1985. *Affirmed* by unpublished opinion
per Durham, J. Pro Tem., concurred in by Cole and
McCutcheon, JJ. Pro Tem.